Absolute Control HVAC Cor
PO Box 2301
N.Babylon, NY 11703

ADP
504 Clinton Centeer Dr.
Suite 4400
Clinton, MS 39056

All Island Fire Protectio
1180 Montauk Hwy
Patchogue, NY 11772

Baldor's Specialty Foods,
155 Food Center Dr.
Bronx, NY 10474

Brick City Baking Company
96-16 Alantic Ave.
Ozone Park, NY 11416

Clipper Magazine
3780 Hempstead Rd.
PO Box 610
Mountville, PA 17554

Country Fair Meats
28 Cresent Street
Yaphank,NY 11980

Electrical Technology Inc
35 Doyal Court
East Northport, NY 11731

Emblem Health
PO Box 3736
New York, NY 10008

ER Solutions
800 SW 39th Street
PO Box 9004
Renton, WA 98057


Grabar
102 Bond Street
Westbury, NY 11590


Happy Farms
212-C Wall Street
Huntington, NY 11743


Internal Revenue Service
11601 Roosevelt Blvd.
PO Box 21126
Philadelphia, PA 19114


Jet Sanitation
228 Blydenburgh Rd.
Islandia, NY 11749


LIPA
PO Box 888
Hicksville, NY 11802


Long Island Exterminator
675 West Jericho Tpke.
Huntington, NY 11743


Long Island Soda Systems
888 Lincoln Ave.
Bohemia, NY 11716


Long Islander
159 Main Street
Huntington, NY 11743

MBI Associates
100 Merrick Rd.
Suite 430W
Rockville Center, NY 1157


McCarthy, Burgess & Wolff
2600 Connon Rd.
Cleveland, OH 44146


Melodic Productions
535 Hawkins Ave.
Lake Ronkonkoma, NY 11779


National Grid
PO Box 9037
Hicksville, NY 11802


NCO Financial
PO Box 15630
Dept 27
Winmington, DE 19850


North Shore Today
6851 Jericho Tpke.
Stosset, NY 11791


NY State Payroll Tax Divi
400 Oak Stret
Garden City, NY 11530


NYS Dept. of Taxation and
Finance Bankruptcy Unit
Building 8, Room 455
W.A. Harriman State Campu
Albany, NY 12227


NYS Dept. of Taxation and
Finance Bankruptcy Unit
PO Box 5300
Albany, NY 12205

NYS State Sales Tax
400 Oak Street
Garden City, NY 11530


On Hold Marketing
48 Fox Chase Lane
Studio B
Ledgewood, NJ 07852


Paul Associates
25 Melville Park Rd.
Suite 117
Melville, NY 11747


Polo Linen
850 North Queens Ave.
Lindenhurst, NY 11757


Rampart Group
1983 Marcus Ave
Suite C130
Lake Success, NY 11042


RC Fine Foods
PO Box 236
Belle Mead , NJ 080502


RMS
77 Hartland Street
Suite 401
PO Box 280431
Hartford, CT 016128


SCWA
2045 Route 112
Suite 5
Coram, NY 11727


Southern Wine & Sprits
335 Underhill Blvd.
PO Box 1308
Syosset, NY 11791

Sterling Funding
PO Box 20427
Tampa, FL 33633


TRS
5251 Weatheimer
Houston, TX 77056


Tuckers Coffee Company
14 Terra-Mar Drive
Huntington, NY 11743


US Food Service
1051 Amboy Ave.
Perth Amboy, NJ 08861


WB MAson
PO Box 111
Brockton, MA 02303


Workers Compensation Boar
20 Park Street
Albany, NY 12207

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Eastern District of New York** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lacos, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**d/b/a Black & Blue** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): **13-4232099** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more<br>than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**65 Wall Street**<br>**Huntington, NY**<br>ZIP CODE  **11743** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                        Nonmain Proceeding |

| Nature of Business (cont.) | Nature of Debts<br>(Check one box) |
|---|---|
| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | ☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."      ☑ Debts are primarily<br>business debts. |

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Lacos, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>❑   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable**   _____<br><br>    Signature of Attorney for Debtor(s)         Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❑    Yes, and Exhibit C is attached and made a part of this petition.<br>☑    No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ❑    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ❑    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>❑    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br>    _____<br>    (Address of landlord)<br><br>❑    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❑    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **Lacos, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
<br>Signature of Debtor

X **Not Applicable**
<br>Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
<br>(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

**Signature of Attorney**

X **/s/ Michael J. Macco**
<br>Signature of Attorney for Debtor(s)

**Michael J. Macco, Esq.  Bar No.  11-2671938**
<br>Printed Name of Attorney for Debtor(s) / Bar No.

**Macco & Stern, LLP**
<br>Firm Name

**135 Pinelawn Road Suite 120 South**

Address

**Melville, NY 11747**

**(631) 549-7900**
<br>Telephone Number

**2/5/2010**
<br>Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
<br>Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Luigi Aloe**
<br>Signature of Authorized Individual

**Luigi Aloe**
<br>Printed Name of Authorized Individual

**President**
<br>Title of Authorized Individual

**2/5/2010**
<br>Date

In re: **Lacos, Inc.** _____ .

Case No.

**Debtor**

Chapter **11**

# Exhibit "A" to Voluntary Petition

1.      If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.      The following financial data is the latest available information and refers to debtor's condition on .

a.      Total assets                                                $ _____ **43,000.00**

b.      Total debts (including debts listed in 2.c., below)          $ _____ **290,860.36**

Approximate number of holders

c.      Debt securities held by more than 500 holders.

    secured       unsecured       subordinated          _____          _____

d.      Number of shares of preferred stock          _____**0**_____          ____**0**____

e.      Number of shares of common stock          _____**10**_____          ____**1**____

    Comments, if any:

3.      Brief description of debtor's business:

**Resturant**

4.      List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Luigi Aloe**

# United States Bankruptcy Court

## Eastern District of New York

In re:                                                       Case No. _____

                                                          Chapter     **11**

**Lacos, Inc.**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the  of **Lacos, Inc.,** a   Corporation and that on  the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Luigi Aloe**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Luigi Aloe**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Luigi Aloe**, **President** of this Corporation, is authorized and directed to employ **Michael J. Macco, Esq.**, attorney and the law firm of **Macco & Stern, LLP** to represent the Corporation in such bankruptcy case."

Executed on:    **2/5/2010**_____          Signed:    **s/ Luigi Aloe**_____

## United States Bankruptcy Court
## Eastern District of New York

In re  **Lacos, Inc.**_____, Case No. _____

_____Debtor_____ Chapter  **11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **Sterling Funding**<br>**PO Box 20427**<br>**Tampa, FL 33633** | | | | **$29,000.00** |
| **ER Solutions**<br>**800 SW 39th Street**<br>**PO Box 9004**<br>**Renton, WA 98057** | | | | **$23,922.91** |
| **LIPA**<br>**PO Box 888**<br>**Hicksville, NY 11802** | | | | **$7,772.14** |
| **National Grid**<br>**PO Box 9037**<br>**Hicksville, NY 11802** | | | | **$5,647.82** |
| **Emblem Health**<br>**PO Box 3736**<br>**New York, NY 10008** | | | | **$5,635.08** |

In re **Lacos, Inc.** _____ , Case No. _____

Debtor                                              Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Southern Wine & Sprits**<br>**335 Underhill Blvd.**<br>**PO Box 1308**<br>**Syosset, NY 11791** | | | | **$4,630.18** |
| **Absolute Control HVAC Corp.**<br>**PO Box 2301**<br>**N.Babylon, NY 11703** | | | | **$4,547.76** |
| **LIPA**<br>**PO Box 888**<br>**Hicksville, NY 11802** | | | | **$4,472.53** |
| **Happy Farms**<br>**212-C Wall Street**<br>**Huntington, NY 11743** | | | | **$4,076.00** |
| **Country Fair Meats**<br>**28 Cresent Street**<br>**Yaphank,NY 11980** | | | | **$3,960.56** |
| **Baldor's Specialty Foods, Inc.**<br>**155 Food Center Dr.**<br>**Bronx, NY 10474** | | | | **$3,461.36** |

In re  **Lacos, Inc.** _____ ,   Case No. _____

                            Debtor                Chapter   __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Paul Associates**<br>**25 Melville Park Rd.**<br>**Suite 117**<br>**Melville, NY 11747** | | | | **$3,350.00** |
| **Grabar**<br>**102 Bond Street**<br>**Westbury, NY 11590** | | | | **$2.796.56** |
| **Tuckers Coffee Company**<br>**14 Terra-Mar Drive**<br>**Huntington, NY 11743** | | | | **$2,550.00** |
| **US Food Service**<br>**1051 Amboy Ave.**<br>**Perth Amboy, NJ 08861** | | | | **$2,505.00** |
| **Rampart Group**<br>**1983 Marcus Ave**<br>**Suite C130**<br>**Lake Success, NY 11042** | | | | **$2,017.00** |
| **MBI Associates**<br>**100 Merrick Rd.**<br>**Suite 430W**<br>**Rockville Center, NY 1157** | | | | **$1,693.26** |

In re  **Lacos, Inc.** _____ ,  Case No. _____

_____ Debtor

Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Long Islander**<br>**159 Main Street**<br>**Huntington, NY 11743** | | | | **$1,344.38** |
| **McCarthy, Burgess & Wolff**<br>**2600 Connon Rd.**<br>**Cleveland, OH 44146** | | | | **$1.300.85** |
| **RMS**<br>**77 Hartland Street**<br>**Suite 401**<br>**PO Box 280431**<br>**Hartford, CT 016128** | | | | **$991.09** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Luigi Aloe, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **2/5/2010** _____

Signature:  **s/ Luigi Aloe** _____

**Luigi Aloe ,President** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

In re:  **Lacos, Inc.**                                                    Case No. _____

                    **Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ➤  | 0.00 |

(Report also on Summary of Schedules.)

In re  **Lacos, Inc.**                                                     ,          Case No. _____

_____                                                      **(If known)**
                        **Debtor**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Huntington Village Branch** | | **500.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit  with Utility Company** | | **8,000.00** |
| Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord** | | **20,000.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **Debtor Maintains Business Insurance in Regular Course of Business** | | **0.00** |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable House Accounts** | | **2,000.00** |

In re  **Lacos, Inc.** _____,     Case No. _____

                              **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Offica Equipment** | | **500.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Decorations** | | **1,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Kitchen Equipment** | | **5,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Tables, Chairs, Bar Stools, Plates, Silverware and Glasses** | | **2,500.00** |
| 30. Inventory. | | **Inventory of Food, Liquor and Wine** | | **3,500.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re   **Lacos, Inc.**                                                  ,          Case No. _____
        _____                                        **(If known)**
                        **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

<u>2</u>   continuation sheets attached          Total   ➤   | **$  43,000.00**

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

In re  **Lacos, Inc.**                                          ,          Case No. _____
                                                                              **(If known)**
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| | | | **VALUE** _____ | | | | | |

<u>0</u>   continuation sheets
          attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $          0.00 | $          0.00 |
| $          0.00 | $          0.00 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **Lacos, Inc.**                                                  **Case No.**   _____
_____
                             Debtor                                               (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

### ❑ Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

### ❑ Deposits by individuals

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

### ☑ Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

### ❑ Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

### ❑ Claims for Death or Personal Injury While Debtor Was Intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2 continuation sheets attached**

In re **Lacos, Inc.** _____  Case No. _____
_____
Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Internal Revenue Service 11601 Roosevelt Blvd. PO Box 21126 Philadelphia, PA 19114** | | | **Past due 2009 witholding taxes** | | | | **9,850.00** | **9,850.00** | **$0.00** |
| ACCOUNT NO. **NY State Payroll Tax Division 400 Oak Stret Garden City, NY 11530** | | | **Past due 2009 witholding taxes** | | | | **2,932.05** | **2,932.05** | **$0.00** |
| ACCOUNT NO. **NYS Dept. of Taxation and Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205** | | | **For Noticing Purpose Only** | | | | **Duplicate** | **Duplicate** | **$0.00** |
| ACCOUNT NO. **NYS Dept. of Taxation and Finance Bankruptcy Unit Building 8, Room 455 W.A. Harriman State Campu Albany, NY 12227** | | | **Past due sales tax for 2005 to 2009** | | | | **111,910.41** | **111,910.41** | **$0.00** |
| ACCOUNT NO. **NYS State Sales Tax 400 Oak Street Garden City, NY 11530** | | | **For Noticing Purpose Only** | | | | **Duplicate** | **0.00** | **$0.00** |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ **124,692.46** | $ **124,692.46**  $ **0.00** |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **124,692.46** | |
| Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **124,692.46**  $ **0.00** |

In re  **Lacos, Inc.**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

❑     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 4,547.76 |
| **Absolute Control HVAC Corp.** **PO Box 2301** **N.Babylon, NY 11703** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 821.00 |
| **ADP** **504 Clinton Centeer Dr.** **Suite 4400** **Clinton, MS 39056** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 276.09 |
| **All Island Fire Protection** **1180 Montauk Hwy** **Patchogue, NY 11772** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 3,461.36 |
| **Baldor's Specialty Foods, Inc.** **155 Food Center Dr.** **Bronx, NY 10474** | | | **Business Debt** | | | | |

_7_   Continuation sheets attached

Subtotal ➤ $ **9,106.21**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Lacos, Inc.**
_____
**Debtor**

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Brick City Baking Company**<br>**96-16 Alantic Ave.**<br>**Ozone Park, NY 11416** | | | **Business Debt** | | | | **936.65** |
| ACCOUNT NO.<br><br>**Clipper Magazine**<br>**3780 Hempstead Rd.**<br>**PO Box 610**<br>**Mountville, PA 17554** | | | **Advertising** | | | | **800.00** |
| ACCOUNT NO.<br><br>**Country Fair Meats**<br>**28 Cresent Street**<br>**Yaphank,NY 11980** | | | **Business Debt** | | | | **3,960.56** |
| ACCOUNT NO.<br><br>**Electrical Technology Inc.**<br>**35 Doyal Court**<br>**East Northport, NY 11731** | | | **Business Debt** | | | | **505.11** |
| ACCOUNT NO.<br><br>**Emblem Health**<br>**PO Box 3736**<br>**New York, NY 10008** | | | **Business debt** | | | | **5,635.08** |

Sheet no. _1_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **11,837.40**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Lacos, Inc._____      Case No. _____

Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**ER Solutions**<br>**800 SW 39th Street**<br>**PO Box 9004**<br>**Renton, WA 98057** | | | **Business debt** | | | | **23,922.91** |
| ACCOUNT NO. <br><br>**Grabar**<br>**102 Bond Street**<br>**Westbury, NY 11590** | | | **Business Debt** | | | | **2,796.56** |
| ACCOUNT NO. <br><br>**Happy Farms**<br>**212-C Wall Street**<br>**Huntington, NY 11743** | | | **Business Debt** | | | | **4,076.00** |
| ACCOUNT NO. <br><br>**Jet Sanitation**<br>**228 Blydenburgh Rd.**<br>**Islandia, NY 11749** | | | **Business Debt** | | | | **893.60** |
| ACCOUNT NO. <br><br>**LIPA**<br>**PO Box 888**<br>**Hicksville, NY 11802** | | | **Utility Bill** | | | | **4,472.53** |

Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $        **36,161.60**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Lacos, Inc.**

Case No. _____

**Debtor**   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **LIPA PO Box 888 Hicksville, NY 11802** | | | Utility Bill | | | | 7,772.14 |
| ACCOUNT NO.  **Long Island Exterminator 675 West Jericho Tpke. Huntington, NY 11743** | | | Business Debt | | | | 500.00 |
| ACCOUNT NO.  **Long Island Soda Systems 888 Lincoln Ave. Bohemia, NY 11716** | | | Business Debt | | | | 276.00 |
| ACCOUNT NO.  **Long Islander 159 Main Street Huntington, NY 11743** | | | Advertising | | | | 1,344.38 |
| ACCOUNT NO.  **MBI Associates 100 Merrick Rd. Suite 430W Rockville Center, NY 1157** | | | Business Debt | | | | 1,693.26 |

Sheet no.  3 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $  **11,585.78**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Lacos, Inc.</u>

Case No. _____

**Debtor**

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **McCarthy, Burgess & Wolff** <br> **2600 Connon Rd.** <br> **Cleveland, OH 44146** | | | **Business Debt** | | | | 1,300.85 |
| ACCOUNT NO. <br><br> **Melodic Productions** <br> **535 Hawkins Ave.** <br> **Lake Ronkonkoma, NY 11779** | | | **Business Debt** | | | | 522.97 |
| ACCOUNT NO. <br><br> **National Grid** <br> **PO Box 9037** <br> **Hicksville, NY 11802** | | | **Utility Bill** | | | | 5,647.82 |
| ACCOUNT NO. <br><br> **NCO Financial** <br> **PO Box 15630** <br> **Dept 27** <br> **Winmington, DE 19850** | | | **Business Debt** | | | | 50.82 |
| ACCOUNT NO. <br><br> **North Shore Today** <br> **6851 Jericho Tpke.** <br> **Stosset, NY 11791** | | | **Advertising** | | | | 391.37 |

Sheet no. <u>4</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 7,913.83

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Lacos, Inc.**
                             Debtor

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**On Hold Marketing**<br>**48 Fox Chase Lane**<br>**Studio B**<br>**Ledgewood, NJ 07852** | | | **Business Debt** | | | | 92.28 |
| ACCOUNT NO.<br><br>**Paul Associates**<br>**25 Melville Park Rd.**<br>**Suite 117**<br>**Melville, NY 11747** | | | **Business Debt** | | | | 3,350.00 |
| ACCOUNT NO.<br><br>**Polo Linen**<br>**850 North Queens Ave.**<br>**Lindenhurst, NY 11757** | | | **Business Debt** | | | | 565.81 |
| ACCOUNT NO.<br><br>**Rampart Group**<br>**1983 Marcus Ave**<br>**Suite C130**<br>**Lake Success, NY 11042** | | | **Business Debt** | | | | 2,017.00 |
| ACCOUNT NO.<br><br>**RC Fine Foods**<br>**PO Box 236**<br>**Belle Mead , NJ 080502** | | | **Business Debt** | | | | 539.64 |

Sheet no. _5_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      **6,564.73**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re __Lacos, Inc._____     Case No. _____

                                    **Debtor**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RMS** **77 Hartland Street** **Suite 401** **PO Box 280431** **Hartford, CT 016128** | | | **Business debt** | | | | 991.09 |
| ACCOUNT NO. **SCWA** **2045 Route 112** **Suite 5** **Coram, NY 11727** | | | **Business Debt** | | | | 379.87 |
| ACCOUNT NO. **Southern Wine & Sprits** **335 Underhill Blvd.** **PO Box 1308** **Syosset, NY 11791** | | | **Business Debt** | | | | 4,630.18 |
| ACCOUNT NO. **Sterling Funding** **PO Box 20427** **Tampa, FL 33633** | | | **Credit Card Advance** | | | | 29,000.00 |
| ACCOUNT NO. **TRS** **5251 Weatheimer** **Houston, TX 77056** | | | **Business Debt** | | | | 432.00 |

Sheet no. _6_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $                    35,433.14

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Lacos, Inc.**
_____
                    **Debtor**

Case No. _____
                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Tuckers Coffee Company**<br>**14 Terra-Mar Drive**<br>**Huntington, NY 11743** | | | **Business Debt** | | | | **2,550.00** |
| ACCOUNT NO.<br><br>**US Food Service**<br>**1051 Amboy Ave.**<br>**Perth Amboy, NJ 08861** | | | **Business Debt** | | | | **2,505.00** |
| ACCOUNT NO.<br><br>**WB MAson**<br>**PO Box 111**<br>**Brockton, MA 02303** | | | **Business Debt** | | | | **510.21** |
| ACCOUNT NO.<br><br>**Workers Compensation Board**<br>**20 Park Street**<br>**Albany, NY 12207** | | | **Business Debt** | | | X | **42,000.00** |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **47,565.21**

Total ➤ $ **166,167.90**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re:  **Lacos, Inc.**                                                           ,     Case No. _____

                          **Debtor**                                                                  **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

❑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **5767 Wall Street Village Inc.**<br>**210 Syosset-Woodbury Rd.**<br>**Syosset, NY 11791** | **Debtors Place of Business** |
| **Ecolab**<br>**PO Box 905327**<br>**Charlotte, NC 28290** | **Dishwaser Lease** |
| **Open Table Inc.**<br>**PO Box 49322**<br>**San Jose, CA 95161** | **Computer Lease** |

In re: **Lacos, Inc.**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

## United States Bankruptcy Court

## Eastern District of New York

In re **Lacos, Inc.** _____,   Case No. _____

_____ Debtor                          Chapter   11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 3 | $     43,000.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $     124,692.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $     166,167.90 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| **TOTAL** | | 18 | $     43,000.00 | $     290,860.36 | |

# United States Bankruptcy Court
# Eastern District of New York

In re **Lacos, Inc.** _____,     Case No. _____

Debtor     Chapter  **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  124,692.46 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  0.00 |
| TOTAL | $  124,692.46 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  0.00 |
| Average Expenses (from Schedule J, Line 18) | $  0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  0.00 |

# United States Bankruptcy Court
## Eastern District of New York

In re **Lacos, Inc.** _____,

Debtor

Case No. _____

Chapter **11** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 124,692.46 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 166,167.90 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 166,167.90 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Lacos, Inc.** _____     Case No. _____
                                                                                             **(If known)**
                                      **Debtor**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Luigi Aloe**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of          **19**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date  **2/5/2010**_____          Signature:  **s/ Luigi Aloe**_____
                                                         **Luigi Aloe President**_____
                                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# United States Bankruptcy Court
## Eastern District of New York

In re: **Lacos, Inc.**                                          Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Luigi Aloe** | | | **100** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Luigi Aloe**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: <u>2/5/2010</u>

**s/ Luigi Aloe**

**Luigi Aloe ,President**

Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In Re

**Lacos, Inc.**

BANKRUPTCY NO.

Debtor.

# DECLARATION RE: ELECTRONIC FILING OF
# PETITION, SCHEDULES & STATEMENTS

## PART I - DECLARATION OF PETITIONER

I **Luigi Aloe**                                        ,

the undersigned debtor(s), **hereby declare under penalty of perjury** that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7. I request relief in accordance with the chapter specified in this petition.

☑    [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated:  **2/5/2010**

Signed:  **s/ Luigi Aloe**
                 **Luigi Aloe**
                    (Applicant)

## PART II - DECLARATION OF ATTORNEY

I **declare under penalty of perjury** that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and have followed all other requirements in the most recent attachment to G.O. #162. I further declare that I have examined the above debtor's petition, schedules, and statements and, to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I further declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge.

Dated:  **2/5/2010**

                         **/s/ Michael J. Macco**
                         **Michael J. Macco, Esq.**
                         Attorney for Debtor(s)

# United States Bankruptcy Court
# Eastern District of New York

In re  **Lacos, Inc.**                                    Case No.

Debtor.                                            Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Lacos, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:


_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                          **% of Shares Owned**

**None**


OR,


____**X**____  There are no entities to report.


By: /s/ Michael J. Macco
_____
**Michael J. Macco, Esq.**
Signature of Attorney

Counsel for     **Lacos, Inc.**
Bar no.:        **11-2671938**
Address.:       **Macco & Stern, LLP**
                **135 Pinelawn Road**
                **Suite 120 South**
                **Melville, NY 11747**
Telephone No.:  **(631) 549-7900**
Fax No.:
E-mail address: